USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ETIENNE,                                        :
                                                :
                                **Plaintiffs,**  :
                                                :       **18-cv-5168**
     -against-                              :
                                                :       <u>ORDER</u>
BARCLAYS BANK,                                  :
                                                :
                                 **Defendant.**   :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by June 10, 2020.

**SO ORDERED.**

**Dated:**  June 3, 2020

    New York, New York                           **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**